IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES STEVENS,

    Petitioner,

vs.                                       CASE NO. 5:07cv199/RS-GRJ

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 22) and Petitioner's Objection To Magistrates [sic] Report And Recommendation (Doc. 26). I have considered Petitioner's objection *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition For A Writ Of Habeas Corpus (Doc. 1) is denied, and this case is dismissed.

3. The clerk is directed to close the file.

**ORDERED** on November 5, 2010.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**