**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES STEVENS,

         Petitioner,

vs.                                  CASE NO. 5:07cv199/RS-GRJ

WALTER A. McNEIL,

         Respondent.

_____/

## ORDER

A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on November 5, 2010.

/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**